**JS-6**
**Discharge OSC [17, 19]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHARLES GIBLIN, | Case No.: 5:10-cv-00091-JFW-FMO |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| RELIANT RECOVERIES INCORPORATED, | |
| Defendant. | |

Based on the Voluntary Dismissal filed by Plaintiff and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed without prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:   July 23, 2010

_____
The Honorable Judge
United States District Judge